UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RICHARD THORPE and DARREL WEISHEIT, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>    v.<br><br>WALTER INVESTMENT MANAGEMENT, CORP., MARK J. O'BRIEN, DENMAR DIXON, KEITH A. ANDERSON, BRIAN COREY, CHARLES E. CAUTHEN, and C. MARK HELM,<br><br>     Defendants. | Case No. 1:14-cv-20880-UU |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

  NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Stephen Beck ("Plaintiff") voluntarily dismisses his claims brought before the Southern District of Florida in the above-captioned action, without prejudice, as to all defendants.

Dated: July 7, 2014

          **POMERANTZ LLP**

          _____
          Jeremy A. Lieberman
          Star M. Tyner
          600 Third Avenue, 20th Floor
          New York, New York 10016
          Telephone: (212) 661-1100
          Facsimile: (212) 661-8665

          **POMERANTZ LLP**
          Jayne A. Goldstein #144088
          1792 Bell Tower Lane, Suite 203
          Weston, Florida 33326
          Telephone: (954) 315-3454
          Facsimile: (954) 315-3455

          **POMERANTZ LLP**
          Patrick V. Dahlstrom
          Ten South LaSalle Street, Suite 3505
          Chicago, Illinois 60603
          Telephone: (312) 377-1181
          Facsimile: (312) 377-1184

          **THE ROSEN LAW FIRM**
          Laurence M. Rosen
          275 Madison Avenue, 34th Floor
          New York, New York 10016
          Telephone: (212) 686-1060
          Facsimile: (212) 202-3827

          *Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 7, 2014, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF filing system, which will automatically send electronic notice of such filing to all counsel of record.

*/s/ Laurence Rosen*
Of Counsel