UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:14-cv-20880-UU

RICHARD THORPE & DARREL WEISHEIT,
Individually and on Behalf of All
Others Similarly Situated,

    Plaintiffs,

v.

WALTER INVESTMENT MANAGEMENT, CORP.
*et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon Plaintiffs' Second Request for Judicial Notice or, in the Alternative, Motion for Leave to Amend the Complaint.  D.E. 90.

On April 24, 2015, Plaintiffs filed a notice requesting the Court take judicial notice of newly revealed facts and documents in connection with adjudicating Defendants' Motions to Dismiss the Second Amended Complaint, which have been fully briefed and are pending before this Court.  The newly disclosed evidence includes (i) Press Release, Consumer Financial Protection Bureau, CFPB and Federal Trade Commission Take Action Against Green Tree Servicing for Mistreating Borrowers Trying to Save Their Homes (Apr. 21, 2015); (ii) Press Release, Federal Trade Commission, National Mortgage Servicing Company Will Pay $63 Million to Settle FTC, CFPB Charges (Apr. 21, 2015); (iii) Complaint, *Federal Trade Commission v. Green Tree Servicing, LLC, Corp.*, No. 15-2064 (D.

Minn. Apr. 21, 2015); and (iv) Consent Order, *Federal Trade Commission v. Green Tree Servicing, LLC, Corp.*, No. 15-2064 (D. Minn. Apr. 23, 2015).

According to Plaintiffs, like the documents this Court took judicial notice of on April 11, 2015, the four newly disclosed documents are relevant to this case and to Plaintiffs' loss causation and scienter allegations. Because the four newly disclosed documents relate to the documents the Court took judicial notice of on April 11, 2015, the Court will take judicial notice of them but will not allow Plaintiffs to amend the Second Amended Complaint or submit any other documents for judicial notice.

Additionally, in light of the fact that the Defendants' Motions to Dismiss the Second Amended Complaint have been fully briefed and are ripe for disposition, the Court finds it is reasonable and appropriate to allow the Defendants an opportunity to respond to the 4 newly disclosed documents submitted by the Plaintiffs. Accordingly, it is

ORDERED AND ADJUDGED that the Motion for Leave to Amend, D.E. 90, is DENIED. It is further

ORDERED AND ADJUDGED that the Defendants must file a detailed response to the 4 newly disclosed documents submitted by the Plaintiffs on or before **Monday, May 4, 2015.**

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of April, 2015.

*Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record