UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:14-cv-20880-UU

RICHARD THORPE & DARREL WEISHEIT,
Individually and on Behalf of All
Others Similarly Situated,

    Plaintiffs,

v.

WALTER INVESTMENT MANAGEMENT, CORP.
*et al.*,

    Defendants.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon a *sua sponte* examination of the record.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On August 4, 2015, the parties filed a Notice of Mediator Selection, D.E. 110, notifying the Court that the parties had selected a mediator. It has been more than one month since that Notice and the parties have still not filed a proposed order scheduling mediation or otherwise informed the Court of when the mediation will take place. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff SHALL show cause in writing, on or by **Friday, September 18, 2015**, why the parties have not yet scheduled their mediation. Alternatively, the parties may agree to a mediation date and submit a proposed order scheduling mediation by that date. **Failure to comply with this Order will result in dismissal of this action without further notice.**

1

2

DONE AND ORDERED in Chambers in Miami, Florida, this 9th day of September, 2015September, 2015.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:
counsel of record