**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:14-cv-20880-UU

RICHARD THORPE & DARREL WEISHEIT,
Individually and on Behalf of All
Others Similarly Situated,

      Plaintiffs,

v.

WALTER INVESTMENT
MANAGEMENT, CORP.
*et al.*,

      Defendants.

_____/

## ORDER ON NOTICE OF SETTLEMENT

    THIS CAUSE is before the Court on the parties' Notice of Settlement. D.E. 136.

    THE COURT having considered the Notice, the pertinent portions of the record, and being otherwise fully advised of the premises hereby

    ORDERS AND ADJUDGES that pursuant to Fed. R. Civ. P. 23(e) the parties must file a motion for preliminary approval of the settlement **no later than May 20, 2016**, and further

    ORDERS AND ADJUDGES that a hearing on the motion for preliminary approval of the settlement will be held **on June 10, 2016, at 1:00 p.m**.

    DONE AND ORDRED in Chambers in Miami, Florida, this _20th__ day of April, 2016.

_____

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record