# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RICHARD THORPE and DARREL WEISHEIT, Individually and on Behalf of All Others Similarly Situated,<br><br>                    *Plaintiffs*,<br><br>v.<br><br>WALTER INVESTMENT MANAGEMENT, CORP., *et al.*,<br><br>                    *Defendants*. | **Case No. 1:14-cv-20880-UU**<br><br>**CLASS ACTION** |

## Notice of Request for Exclusion

**PLEASE TAKE NOTICE** that Plaintiffs have received additional information regarding the request for exclusion referred to in Plaintiffs' prior Motion for Final Approval of Class Action Settlement. As set forth in the attached Declaration of Josephine Bravata, ¶ 4, one request for exclusion has been filed, for a total of one share of Walter stock.

Dated:  October 12, 2016

Respectfully submitted,

**THE ROSEN LAW FIRM**

*/s/ Laurence M. Rosen*
Laurence M. Rosen
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827

**POMERANTZ LLP**
Jeremy A. Lieberman
Murielle J. Steven Walsh
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

**POMERANTZ LLP**
Jayne A. Goldstein #144088
1792 Bell Tower Lane, Suite 203
Weston, Florida 33326
Telephone: (954) 315-3454
Facsimile: (954) 315-3455

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

*Attorneys for the Plaintiffs*