UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-cv-20880-UU

RICHARD THORPE AND DARREL WEISHEIT, *et al.*,

    Plaintiffs,

v.

WALTER INVESTMENT MANAGEMENT CORP., *et al.*,

    Defendants.
_____/

## ORDER

    PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to United States Magistrate Judge ALICIA M. OTAZO-REYES to take all necessary and proper action as required by law with respect Plaintiff's Motion for Distribution of Funds (D.E. 166). Pursuant to this referral order, it is also

    ORDERED AND ADJUDGED that it shall be the responsibility of the respective parties in this case to note that courtesy copies of all materials necessary to the resolution of the referred matter shall be directed to the magistrate judge's chambers.

    DONE AND ORDERED in Chambers at Miami, Florida, this 22d__ day of February, 2018.

*/s/ Ursula Ungaro*
_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf
Magistrate Judge Alicia M. Otazo-Reyes